# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

CASE NO.:

SMALL BUSINESS ADMINISTRATION
an Agency of the Government of the
United States of America

vs.

JOSEPH A. GUNSBY

## COMPLAINT

PLAINTIFF, SMALL BUSINESS ADMINISTRATION, by and through its undersigned counsel, sues Defendant, JOSEPH A. GUNSBY and alleges as follows:

### JURISDICTION

1. Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

### VENUE

2. Defendant is an individual residing in Marion County, Florida within the jurisdiction of this Court.

### COUNT I (SUIT ON A CERTIFICATE OF INDEBTEDNESS)

3. The Certificates of Indebtedness, attached as Exhibit "A" show the total owed excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the respective Certificates of Indebtedness are correct as of the date of the Certificates of Indebtedness after application of all prior payments, credits, and offsets.

4. Defendant is in default of the Note, and the outstanding principal balance due under the Note is $12,627.20 as of December 28, 2012.

5. The debt owed to the Plaintiff is as follows:

| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $9,421.84 |
|---|---|
| B. Interest | $0.00 |
| C. Civil Administrative Costs | $3,205.36 |
| **Total Owed** | **$12,627.20** |

The printout, attached as Exhibit "B" shows the total owed excluding attorney's fees. The principal balance and the civil administrative costs balance shown on the respective printout, is correct as of the date of the printout after application of all prior payments, credits, and offsets.

### FAILURE TO PAY

6. Demand has been made upon the Defendant for payment of the indebtedness, and the Defendant has neglected and refused to pay the same.

WHEREFORE, USA prays for judgment:

A. For the sums set forth in paragraph 5 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. 1961 that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

DATED this 31 day of January, 2013.

Respectfully submitted,

By:_____
Steven M. Davis, (Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
Becker & Poliakoff, P.A.
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
Telephone: (305)262-4433
Facsimile: (305) 442-2232
*Attorneys for Plaintiff United States of America*

ACTIVE: 4406955_1



U. S. DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
WASHINGTON, D. C.

ACTING ON BEHALF OF
U.S. Small Business Administration
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and
Address(es):

Joseph A. Gunsby
1639 N.E. 17th Ave.
Ocala, FL 34470

**Total debt due United States as of September 26, 2008: $12,627.20**

I certify that the U.S. Small Business Administration (SBA) records show that the debtor named above is indebted to the United States in the amount stated above.

The claim reportedly arose in connection with the debtor's August 2005 default on a $10,000.00 SBA loan.

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Small Business Administration.

Date: 9/26/08

Regina Crisafulli
Financial Program Specialist
U.S. Department of the Treasury
Financial Management Service

EXHIBIT
A



